IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 04 2005 ★

**MEMORANDUM** P.M. ______ Deborah Nieders

**TO THE HONORABLE JACK B. WEINSTEIN** ______ 38804

**SENIOR UNITED STATES DISTRICT JUDGE**

**RE: KHAN, Ali Sher**
**Dkt. No. 02-CR-242-01**
**REQUEST FOR INTERNATIONAL TRAVEL**

On December 18, 2002, the above-noted offender was convicted by jury verdict of Counts One, Five and Six of a nine-count indictment. Count Once charged the subject with Conspiracy, in violation of Title 18 U.S.C. §§ 371; Count Five charged the subject with Bulk Cash Smuggling, in violation of Title 31 U.S.C. §§ 5332 (a) and (b); and Count Six charged subject with Making False Statements, in violation of Title 18 U.S.C. §§ 1001 (a)(2). Subsequently, on July 23, 2004 the offender was sentenced by Your Honor to five (5) years probation (2nd Amendment After remand). The offender was also ordered $300 special assessment and a $7,500 fine.

The offender has been supervised in the District of New Jersey since the sentencing date. The offender resides in Camden, New Jersey during the week and has been permitted to return home to visit his wife and in Middletown, New York on the weekends. The offender owns and operates, in partnership with three (3) other individuals, three (3) Crown Fried Chicken Restaurants in Camden.

On January 13, 2005, the district of New Jersey notified the Court of three (3) violations of probation, and a request to act as an informant for the State of New Jersey, Department of Treasury. Subsequently, the Court approved the informant activity for sixty (60) days and also granted the proposed modification of conditions of a six (6) month period of home confinement to address the violations. The informant activity concluded without incident on March 30, 2005. The cooperation provided by the offender resulted in the apprehension of a targeted subject and no charges were filed against the offender. The period of home confinement commenced on March 2, 2005 and concluded on September 2, 2005 with no issues of non-compliance.

On September 19, 2005, the District of New Jersey received correspondence from the offender's attorney (see enclosure), John P. Donohue, requesting that the offender be permitted to travel to his homeland of Pakistan, to attend to family matters and to observe the religious holidays of Ramadan. The offender is requesting permission to travel to Pakistan from October 4, 2005 through November 20, 2005.



RE: KHAN, Ali Sher
DOCKET NO. 02-CR-242-01

## REQUEST FOR INTERNATIONAL TRAVEL

The offender has had past issues of non-compliance, and recently completed a sanction for same. Also, the conduct involved in the instant offense of conviction revolved around a conspiracy to smuggle large amounts of money outside of the United States. In light of theses facts, the District of New Jersey has made the offender aware of their opposition to his travel request and the Eastern District of New York concurs with their recommendation.

The Probation Department awaits the Court's final decision in this matter and will advise all parties of the decision.

RESPECTFULLY SUBMITTED,

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

Prepared by: [signature]
Deborah Nieders, Executive Assistant

Approved by: [signature]
George V. Doerrbecker, Deputy Chief U.S. Probation Officer

September 27, 2005

☐ **PERMISSION TO TRAVEL TO PAKISTAN GRANTED.**

☒ **PERMISSION TO TRAVEL TO PAKISTAN DENIED.**

[signature]
**U.S. District Judge**

9/28/05
**Date**

KITTREDGE, DONLEY, ELSON, FULLEM & EMBICK, LLP
ATTORNEYS AT LAW
400 MARKET STREET
SUITE 200
PHILADELPHIA, PA 19106-2513
TELEPHONE: (215) 829-9900
FACSIMILE: (215) 925-5903
Email: lawoffice@kdefe.com
URL: http://www.kdefe.com

R[illegible]D
SEP 19 2005
U.S. PROBATION OFFICE
CAMDEN, N.J.

John P. Donohue
Of counsel

Mr. Steven Alfrey
U.S. Probation Officer
U.S. Probation Office
401 Market St.
POB 3497
Camden, NJ 08101

**Delivery By Hand**

Re: Ali Sher Khan – Request to travel.

Dear Mr. Alfrey:

We represent Mr. Ali Sher Khan, a resident of Camden, New Jersey, who is under the supervision of your office. Mr. Khan is serving five years probation for filing false information with an agency of the United States related to the exportation of currency and related offenses.

Mr. Khan requests permission to travel to Pakistan for religious and family reasons and in support of this application we advise you of the following:

1. Mr. Khan has not been to Pakistan in almost four years. He was last in Pakistan in 2001.
2. His primary interest is in visiting his family and in particular his mother, who is 74 years old and in failing health. His father is deceased.
3. Mr. Khan also seeks to observe the religious holidays of Ramadan with his family in Pakistan. This year Ramadan will take place from October 5 to November 4.
4. In addition to attending to his religious needs, Mr. Khan would like to spend some time attending to the legal and financial needs of his family. Since virtually all offices are closed for much of Ramadan, he would like to have some time after the close of Ramadan to attend to those matters. Consequently, we request permission to have him travel from October 4 to November 20, 2005.

As you know Mr. Khan has strong ties to the U.S., and he poses no risk of flight. He does not face imprisonment; he is married and his wife, son and stepson remain in the U.S.; and he has important small-business interests in this country that will ensure his return.

We ask that you give our request favorable consideration. If you have any questions you should feel free to call me.

Very truly yours,

John P. Donohue

میں کمی کی جائے

ایک شخص جاں بحق

پہاڑی میں آگ

FROM : Khursid*Electric*Store*Mingora PHONE NO. : 0092 936 713065 Nov. 30 2002 08:13PM P4

R/ 958

فارم نمبر ۲۴۔۵

# ابتدائی اطلاعی رپورٹ

[illegible] دفعہ ۱۵۴ مجموعہ ضابطہ فوجداری

ضلع سوات

تاریخ 16-11-2002 14.00

| | |
|---|---|
| [illegible] | 16-11-2002 |
| چالیس بیگی سے [illegible] | [illegible] |
| مسمیان [illegible] | [illegible] |
| PPC 302 | [illegible] |
| [illegible] | [illegible] |
| عبدالرحیم خان سائن [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |

ابتدائی اطلاع نیچے درج کرو [illegible]

[illegible] ۱۴۲۵ [illegible]

[illegible] ہسپتال [illegible]

[illegible] زبان [illegible]

[illegible] مذکورہ [illegible]

[illegible] موجود چچازاد [illegible]

[illegible] چچازاد [illegible] مقتول [illegible] بالا [illegible]

[illegible] جا رہا تھا جب [illegible] بالا [illegible]

[illegible] آم [illegible] پہ [illegible] کھڑا تھا [illegible]

[illegible] گزر [illegible]

[illegible] مذکورہ [illegible]

[illegible] میں [illegible]

[illegible] وہ سردار [illegible]

[illegible] مقتول [illegible]

[illegible] گرا تھا [illegible]

[illegible] عبدالرحیم خان سائن [illegible]

[illegible]

[illegible] کارروائی پولیس [illegible]

[illegible]

[illegible] جگہ [illegible]

[illegible] کر گیا ہوں۔ مقبول کا [illegible]

[illegible] نشریات [illegible]

[illegible]

[illegible]

[illegible] کا موقع [illegible]

[illegible]

[illegible] ارسال [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

16/11/02

[illegible]

[illegible]

| Injury. ✓ | Disease or Deformity. | Fracture |
|---|---|---|
| (1) [illegible] Abrasion [illegible] on the front of left foot little toe. (2) [illegible] bruise on the front of [illegible] finger (3) There was a blackish area on the [illegible] side [illegible] area below the scalp of [illegible] suggestive of injuries of blunt object [illegible] whole brain was congested and more on the left [illegible] side. | | [illegible] |

## VI.—REMARKS BY MEDICAL OFFICERS.

Post mortem was done under the supervision of Dr. [illegible] Assistant Professor of Forensic Medicine Saidu Medical College Swat. [illegible] the above mentioned findings are noted.

Cause of Death: (1) Vasovagal Shock due to [illegible] at neck level leading to cardiac arrest
(2) Head injury

| Probable time that elapsed — | |
|---|---|
| (a) between injury and Death. | |
| (b) between death and *Post - Mortem.* | 1 — 2 hours |

Station S.G.H.

Date [illegible]/5/2002

Signature & Designation of Medical Officer
[illegible]

